UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY L. VANNORTWICK, as
the Personal Representative of the
Estate of CLAUDE STEVENS,

       Plaintiff,                                      Case No. 17-12507
                                                     Honorable Linda V. Parker

v.

ANTHONY H. STEWART, et al.,

       Defendants.
_____/

# OPINION AND ORDER GRANTING DEFENDANT LARRY MARSHALL'S MOTION FOR SUMMARY JUDGMENT, DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST THIS DEFENDANT AND DISMISSING HIM AS A PARTY TO THIS ACTION

This action arises from Claude Stevens' death while an inmate with the Michigan Department of Corrections. On April 5, 2019, Defendant Larry Marshall filed a motion for summary judgment pursuant to Federal Rules of Civil Procedure 56 in which he asks the Court to "enter an order dismissing Plaintiff's claims against [him], with prejudice." (ECF No. 148.) On May 23, 2019, Plaintiff filed a "response" to the motion, stating that "[b]ased upon the documentary evidence and sworn testimony in this case to date, [she] concurs with the relief sought by Defendant Larry Marshall." (ECF No. 169.)

In light of Plaintiff's response, the Court is **GRANTING** Defendant Marshall's summary judgment motion, dismissing Plaintiff's claims against him with prejudice, and dismissing him

as a party to this action.

**IT IS SO ORDERED**.

s/ Linda V. Parker<br>LINDA V. PARKER<br>U.S. DISTRICT JUDGE

Dated: May 24, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 24, 2019, by electronic and/or U.S. First Class mail.

s/ R. Loury<br>Case Manager